### STATE of Maine

v.

### Lillian HENWARD.

Supreme Judicial Court of Maine.

Submitted on Briefs Aug. 31, 1987.
Decided Sept. 3, 1987.

R. Christopher Almy, Dist. Atty., Philip Worden, Asst. Dist. Atty., Bangor, for plaintiff.

Perry O'Brien, Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

## MEMORANDUM OF DECISION.

Lillian Henward appeals from a Superior Court (Penobscot County) judgment affirming her conviction in the District Court (Bangor) of operating a motor vehicle while having 0.10% or more by weight of alcohol in her blood or while under the influence of intoxicating liquor, 29 M.R.S.A. § 1312–B (1983 & Supp.1986). On the basis of all the evidence viewed in the light most favorable to the prosecution, the trial judge rationally could find beyond a reasonable doubt every element of the crime of operating under the influence. *See State v. Barry*, 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.